IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| Brittany Gordan, | ) |
| Plaintiff, | ) |
| v. | ) 7:21-cv-01437-LSC |
| The DCH Healthcare Authority, | ) |
| Defendant. | ) |

**Order**

Before this Court is the Parties' Joint Motion to Approve Settlement Agreement. (Doc. 12.) After review of this FLSA settlement agreement, the Court finds that the terms of the agreement provide "a fair and reasonable resolution of a bona fide dispute." *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982). Therefore, the Court approves the settlement, and the Parties are hereby ordered to finalize the settlement through the exchange of consideration. Accordingly, the case is DISMISSED WITH PREJUDICE. Costs are taxed as paid.

**DONE** and **ORDERED** on September 6, 2022.

L. Scott Coogler
United States District Judge

211211